## CARTER contᵃ PELTON

Thomas Carter plaint. contᵃ Samuel Pelton maʳ of the Katch Blessing Defendᵗ in an action of debt for the value of twenty Seven pounds one Shilling and eight pence in Silver due for worke done on board the sᵈ Katch for the space of ten months and twenty five dayes being Shipped by sᵈ Pelton as mate at two pounds and ten Shillings per month in Silver and was Ship't the first of Octobʳ 1678. and put out of pay the 25ᵗʰ August. 79 the non payment whereof is greatly to the plaintˢ damage with other due damages &cᵃ. . . . The Iury . . . found for the plaint. twenty Five pounds in money, without costs of Court.

## HOLLETT &cᵃ contᵃ PELTON

Roger Hollet John Clapp and William Clapp or their OverSeers Capᵗⁿ Roger Clapp, Thomas Carter and Ioseph Homes or either of them plaintˢ contᵃ Samˡˡ Pelton Master of the Katch Blessing Defendᵗ for that the sᵈ Pelton hath greatly wronged & shamefully abused the sᵈ Roger Hollet John and William Clapp, who were by him shippᵈ at Topsham as passengers hither putting into Plimouth commanded them to go ashore and would not suffer them to have any releife onboard for severall nights and dayes so likewise at Falmouth, and did not give them halfe allowance the Voyage hither, yet hath extorted and received Seven pounds apeice in Silver for their passage, whereby they are greatly damnified. . . . The Iury . . . found for the plaintˢ thirty one Shillings apeice in money damage and costs of Court allowᵈ twenty Seven Shillings ten pence.